IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-cr-00217 |
| | ) | Judge Haynes |
| vs. | ) | |
| | ) | |
| PEYMAN ABOUDZADEH BEHBAHANI | ) | |

## MOTION TO RELEASE CASH BOND

*[handwritten annotation: GRANTED. This motion is granted. 12-4-[illegible]]*

Comes now the Defendant, PEYMAN BEHBAHANI, by and through Counsel and moves this Court to release back to the Defendant and his family the bond money posted to guarantee his pretrial release. The United States has no objection

RESPECTFULLY SUBMITTED,

_/s/ James Kevin Cartwright_____
JAMES KEVIN CARTWRIGHT
Attorney at Law
P. O. Box 624
Clarksville, Tennessee 37040-0624
Tel. (931) 647-3999

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means of the CM/ECF system upon AUSA Blanche Cook at the Office of the U.S. Attorney, 9th Floor, 801 Broadway, Nashville, TN 37203, on this date, December 3, 2013.
_/s/ James Kevin Cartwright_____